IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-50-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TEVAN IMMANUEL FERGUSON, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's pro se motion to modify supervised release [D.E. 85] not later than January 8, 2027.

SO ORDERED. This 20 day of November, 2026.

J. Dever
JAMES C. DEVER III
United States District Judge